DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
JOHN REILLY ALARCON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-11-035 FCD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| v. | |
| JOHN REILLY ALARCON, | Date: April 25, 2011<br>Time: 10:00 a.m. |
| Defendant. | Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through WILLIAM WONG, Assistant United States Attorney, and JOHN REILLY ALARCON, by and through his counsel, COURTNEY FEIN, Assistant Federal Defender, that the status conference presently scheduled for March 28, 2011, be vacated and a new status conference hearing date of **April 25, 2011, at 10:00 a.m.**, be set.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

///

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 25, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 25, 2011.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

 /s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant
JOHN REILLY ALARCON

DATED: March 25, 2011.   BENJAMIN WAGNER
United States Attorney

 /s/ William Wong
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 25, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 25, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE