DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JOHN ALARCON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-035-JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOHN ALARCON, | ) | |
| | ) | Date:  November 1, 2011 |
| Defendant. | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JOHN ALARCON, that the status conference hearing date of October 25, 2011 be vacated, and the matter be set for status conference on November 1, 2011 at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November

///

///

1, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 24, 2011.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Courtney Fein
                                            COURTNEY FEIN
                                            Designated Counsel for Service
                                            Attorney for JOHN ALARCON

DATED: October 24, 2011.                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ William Wong
                                            WILLIAM WONG
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 25, 2011, status conference hearing be continued to November 1, 2011, at 9:30 a.m.. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the November 1, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   10/24/2011                         /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Court Judge