| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | QUINN HOCHHALTER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00035-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF PRELIMINARY HEARING; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| JOHN REILLY ALARCON, | DATE: Tuesday, January 23, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Edmund F. Brennan |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on Tuesday, January 23, 2018.

2. By this stipulation, the United States now moves to continue the preliminary hearing until Thursday, January 25, 2018, at 2:00 p.m.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the United States desires additional time to obtain evidence and discovery related to the charges, specifically a recorded statement by the defendant.

    b) The defendant does not object to the continuance.

    c) The proposed date is within the fourteen day period provided for by

1

Fed.R.Crim.P. 5.1(c).

4. In light of the uncertain evidentiary hearing date, the parties stipulate that the Court allow the defendant to issue one subpoena, pursuant to Fed.R.Crim.P. 17(c), for the appearance of the witness Kourtnee Graves, who resides in Sacramento County, for the preliminary hearing, likely rescheduled for Thursday, January 25, 2018, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: January 22, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: January 22, 2018  /s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Counsel for Defendant
John Reilly Alarcon

### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 23rd day of January, 2018.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE