| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | JOHN REILLY ALARCON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00035-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) INIIAL APPEARANCE ON REVOCATION |
| v. | ) PROCEEDINGS |
| JOHN REILLY ALARCON, | ) |
| | ) Date: February 13, 2018 |
| Defendant. | ) Time: 9:15 a.m. |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Quinn Hochhalter, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for John Reilly Alarcon, that the initial appearance on revocation proceedings scheduled for February 13, 2018, at 9:15 a.m., be vacated and the matter continued to February 27, 2018, at 9:15 a.m.

Defense counsel requires additional time to review the new petition.

//
//
//
//
//
//
//
//
//

Stipulation and Proposed Order      -1-

| | | |
|---|---|---|
| 1 | DATED: February 12, 2018 | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender |
| 6 | | Attorney for JOHN REILLY ALARCON |
| 7 | | |
| 8 | DATED: February 12, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| 9 | | |
| 10 | | */s/ Quin Hochhalter*<br>QUINN HOCHHALTER<br>Assistant U.S. Attorney |
| 11 | | Attorney for Plaintiff |

# **O R D E R**

The Court orders Mr. Alarcon's Initial Appearance on Revocation Hearing set for February 13, 2018 continued to February 27, 2018 at 9:15 a.m.

DATED: February 12, 2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge